# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED CHARLES JACKSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:21-cv-00270-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 17) |

On November 9, 2021, a stipulation was filed requesting to extend the time for Plaintiff to file an opening brief by a period of sixty (60) days, which would extend the deadline from November 18, 2021, to January 18, 2022. (ECF No. 17.) Counsel proffers that good cause exists because: this is the first extension; counsel has recently received a greater number of answers and certified administrative records from Defendant in this district; and counsel has a greater than usual number of merit briefs due in November and December of 2021, in addition to administrative hearings and preplanned vacation days. (Id.) While the Court usually prefers extensions of thirty (30) days at a time, given all of the proffered circumstances, the Court finds good cause to grant the sixty (60) day extension.

/ / /

/ / /

/ / /

/ / /

1

1   Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that
2 Plaintiff's opening brief shall be filed on or before **January 18, 2022**.

IT IS SO ORDERED.

Dated: **November 9, 2021**

_____
UNITED STATES MAGISTRATE JUDGE