# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED CHARLES JACKSON,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:21-cv-00270-SAB<br><br>ORDER RE STIPULATION EXTENDING BRIEFING SCHEDULE<br><br>(ECF No. 20) |

On November 9, 2021, a stipulation was filed requesting to extend the time for Plaintiff to file an opening brief by a period of forty-five (45) days. (ECF No. 20.) Counsel submits that the extension is required because of a family illness and the potential need to reassign this action to a different attorney in the law firm. (Id.)

Accordingly, pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that Plaintiff's opening brief shall be filed on or before **March 4, 2022**.

IT IS SO ORDERED.

Dated:   **January 14, 2022**

UNITED STATES MAGISTRATE JUDGE

1